VINCENZO MAZZULA, as Administrator of the Estate of CALOGERO MAZZULA, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Mazzula* v. *N. Y. C. & H. R. R. R. Co.*, 152 App. Div. 952, affirmed.
(Argued March 25, 1914; decided April 14, 1914.)

APPEAL from a judgment, entered October 22, 1912, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the nonsuit granted at the Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*J. Russell Borzilleri* and *Anthony Miceli* for appellant.

*Daniel M. Beach* and *W. A. Matson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

ALFRED COSSMAN, Appellant, *v.* CHENANGO SILK COMPANY, Respondent.

*Cossman* v. *Chenango Silk Co.*, 150 App. Div. 895, affirmed.
(Argued March 25, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 12, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for an alleged breach of contract.

*Henry B. Twombly* and *Edmonds Putney* for appellant.

*Harvey D. Hinman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

CHARLES E. LEVY, Appellant, *v.* LOUIS S. BERG, Respondent.

*Levy* v. *Berg*, 149 App. Div. 945, affirmed.
(Argued March 25, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover commissions.

*Henry B. Twombly* for appellant.

*Almuth C. Vandiver, Charles S. Mackenzie* and *J. Joseph Lilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

JAMES CORBITT, Respondent, *v.* BERTIE K. BLOCH, Appellant.

*Corbitt* v. *Bloch*, 152 App. Div. 902, affirmed.
(Submitted March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1912, affirming a judgment in favor of